# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134774 & (14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 134774
                                        COA: 278462
                                        Grand Traverse CC: 06-010031-FH

ROBBIE BROOKS OHLENDORF,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the July 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

p1119